UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

Shawn Wagener,

      Plaintiff,

v.                                          Case No. 17-cv-1531 (JNE/DTS)
                                                  ORDER

Ocwen Loan Servicing, LLC,

      Defendant.

In a Report and Recommendation ("R&R") dated November 15, 2017, the Honorable David T. Schultz, United States Magistrate Judge, recommended that the Court (1) deny Defendant's Motion to Dismiss Plaintiff's Amended Complaint and (2) deny as moot Defendant's Motion to Dismiss Plaintiff's Complaint. ECF No. 35. Defendant objected to the R&R. ECF No. 36. Plaintiff responded. ECF No. 37. Based on a de novo review of the record, the Court accepts the conclusions of the R&R. *See* 28 U.S.C. § 636(b)(1); Fed. R. Civ. P. 72(b)(3); D. Minn. LR 72.2. Therefore, IT IS ORDERED THAT:

1. Defendant's Motion to Dismiss Plaintiff's Amended Complaint [ECF No. 25] is DENIED.

2. Defendant's Motion to Dismiss Plaintiff's Complaint [ECF No. 12] is DENIED AS MOOT.

Dated: January 18, 2018

                                                                s/ Joan N. Ericksen
                                                                JOAN N. ERICKSEN
                                                                United States District Judge